**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC SCHEUMANN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, LAS VEGAS FIRE & RESCUE; INTERNATIONAL ASSOCIATION OF FIREFIGHTERS LOCAL 1285, a Union; DOES I -X; ROE CORPORATIONS I -X.<br><br>Defendants. | **CASE NO.: 2:21-cv-01405-JAD-BNW**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUET)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff ERIC SCHEUMANN ("Plaintiff") and Defendant INTERNATIONAL ASSOCIATION OF FIREFIGHTERS LOCAL 1285 ("Defendant Union"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant Union to respond to Plaintiff's Complaint (ECF No. 1). Defendant Union's response to Plaintiff's Complaint is currently due August 30, 2021. The parties request an extension of time up to and including September 13, 2021, in which to respond as Plaintiff and Defendant Union have been in discussion regarding dismissal of Defendant Union, which would render any answer or responsive pleading as moot. This is the parties' first request for an extension of time.

/ / /

/ / /

1  This Stipulation is made in good faith and is not intended for purposes of delay.

2

3

Dated this 23rd day of August 2021.                    Dated this 23rd day of August 2021.

4

**HKM EMPLOYMENT ATTORNEYS LLP**

5

/s/ *Jenny Foley*                                              /s/ *Jeffery Allen*

6  **JENNY L. FOLEY, Ph.D., Esq.**              **Jeffrey F. Allen, Esq.**
Nevada Bar No. 9017                                     Nevada Bar No.

7  1785 East Sahara Ave., Suite 300                 3425 West Craig Rd.

8  Las Vegas, Nevada 89104                           N. Las Vegas, NV 89032
Tel: (702) 805-8340                                        Tel: (702) 595-1127

9  Fax: (702) 805-8340                                       E-mail: jeffreyfallen@aol.com
E-mail: jfoley@hkm.com                               *Attorneys for Defendant IAFF 1285*

10 *Attorneys for Plaintiff*

11

12

13

14

15

16

17

18      **IT IS SO ORDERED**

19
        **DATED:** August 24, 2021

20

21

22   _____

23      **BRENDA WEKSLER**
        **UNITED STATES MAGISTRATE JUDGE**
24

25

26

27

28