# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC SCHEUMANN,<br><br>    Plaintiff(s),<br><br>v.<br><br>CITY OF LAS VEGAS, LAS VEGAS FIRE & RESCUE, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-01405-JAD-BNW<br><br>**Order** |

An early neutral evaluation is set in this matter for October 27, 2021. Docket No. 9. In an effort to make that session fruitful, the Court required the submission of statements providing particular information. Having now reviewed those submissions, it is clear that they do not comply with that order: Plaintiff's statement does not provide email addresses for all participants nor an opening settlement demand; Defendant's statement likewise does not state an opening offer. In addition, the statements indicate that there have been no settlement discussions to date. The absence of any such discussions is contrary to the requirements for the Rule 26(f) conference. *See* Fed. R. Civ. P. 26(f)(2) (the Rule 26(f) conference must include discussion of "the possibilities for promptly settling or resolving the case"). The absence of such discussion is also problematic here given Defendant's assertion that it is not clear that the type of settlement it desires is even feasible.

In light of the circumstances, counsel must engage in robust discussion as to the potential for settlement before noon on October 22, 2021. Counsel must also submit amended statements that fully comply with the Court's prior order by noon on October 25, 2021.

IT IS SO ORDERED.

Dated: October 20, 2021

_____
Nancy J. Koppe
United States Magistrate Judge