# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC SCHEUMANN,<br><br>  Plaintiff(s),<br><br>v.<br><br>CITY OF LAS VEGAS, LAS VEGAS FIRE & RESCUE, et al.,<br><br>  Defendant(s). | Case No. 2:21-cv-01405-JAD-BNW<br><br>**Order**<br><br>[Docket No. 17] |

Pending before the Court is a stipulation to continue the early neutral evaluation. Docket No. 17. For good cause shown, the stipulation is **GRANTED** in part as follows. The early neutral evaluation is **VACATED**.[1] The Clerk's Office is **INSTRUCTED** to remove the undersigned from this case and remove the ENE flag.

IT IS SO ORDERED.

Dated: October 25, 2021

                                                                                             Nancy J. Koppe
                                                                                             United States Magistrate Judge

---

[1] It would appear duplicative to conduct an early neutral evaluation if mediation is not successful. Hence, the Court will vacate rather than continue the early neutral evaluation. Nonetheless, the parties may file a request for an early neutral evaluation if they believe one would be fruitful. If such a request is filed, the parties must notify the undersigned's courtroom deputy.

1