1 Jeffry M. Dorocak, NV Bar No. 13109
Jeffrey L. Galliher, NV Bar No. 8078
2 Timothy J. Geswein, NV Bar No. 10049
Nechole M. Garcia, NV Bar No. 12746
3 LAS VEGAS CITY ATTORNEY'S OFFICE
495 S. Main Street, 6th Floor
4 Las Vegas, Nevada 89101
5 T: (702) 229-6629
*Attorneys for City of Las Vegas*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Eric Scheumann, | Case No. 2:21-cv-1405-JAD-BNW |
| Plaintiff, | |
| vs. | ECF Nos. 48, 49, 50, 52 |
| City of Las Vegas, Las Vegas Fire & Rescue, et al., | |
| Defendants. | |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

On July 27, 2021, Plaintiff Eric Scheumann ("Scheumann") sued the City of Las Vegas ("City") in the U.S. District Court of Nevada. ECF No. 1.

On July 11, 2023, the City filed a Motion for Summary Judgment. ECF No. 40. Scheumann filed a Response. ECF No. 41. The City filed a Reply. ECF No. 42.

On February 29, 2024, the Court granted the City's Motion for Summary Judgment (ECF No. 46) and entered judgment in favor of the City. ECF No. 47.

Thereafter, the Parties agreed:

1. This Order and Agreement be a final resolution between Scheumann and the City on all claims brought in this action. This Order is a final resolution of this lawsuit, any appeals, judgment amendment, reconsideration, in exchange for this agreement;

2. Scheumann dismiss with prejudice, with each side to bear their own costs and fees, this lawsuit, and waives all rights of appeal, reconsideration;



3. Scheumann forever waives and discharges all claims brought in this action against the City and its current and former elected officials, employees, and agents;

4. The City withdraws its Motion for Attorney's Fees and forever waives and discharges such claims; and

5. The City withdraws its Bill of Costs and forever waives and discharges such claims. Therefore and with good cause shown, the Parties further stipulate that the Court dismiss this matter with prejudice with each party to bear its own costs and attorneys' fees incurred in relation to this matter.

**IT IS SO STIPULATED.**

Dated this 26th day of March 2024.

| HKM EMPLOYMENT ATTORNEYS LLP | CITY OF LAS VEGAS |
|---|---|
| /s/ Daniel Kalish | /s/ Nechole Garcia |
| Rex M. Martinez, Esq.<br>Nevada Bar No. 15277<br>Daniel Kalish, Esq.<br>Admitted Pro Hac Vice<br>101 Convention Center Drive<br>Suite 600<br>Las Vegas, Nevada 89109<br>*Attorneys for Plaintiff Eric Scheumann* | Timothy J. Geswein<br>Deputy City Attorney<br>Nevada Bar No. 10049<br>Nechole M. Garcia<br>Deputy City Attorney<br>Nevada Bar No. 12746<br>495 South Main Street, Sixth Floor<br>Las Vegas, NV 89101<br>*Attorneys for Defendant City of Las Vegas* |

**ORDER**

Based on the parties' stipulation [ECF No. 52] and good cause appearing, IT IS ORDERED that the bill of costs and objection thereto **[ECF Nos. 48, 49] are deemed withdrawn**; the motion for attorney fees **[ECF No. 50] is deemed withdrawn, and any remaining aspect of this case is DISMISSED** with prejudice, each side to bear its own fees and costs.  This case remains closed.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 26, 2024

